OHIO CONSUMERS' COUNSEL ET AL., APPELLANTS, *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *Ohio Consumers' Counsel v. Pub. Util. Comm.,* 121 Ohio St.3d 372, 2009-Ohio-605.]

(No. 2008–0466—Submitted November 18, 2008—Decided February 19, 2009.)

{¶ 1} This cause is dismissed as moot for the reasons stated in our opinion in *Ohio Consumers' Counsel v. Pub. Util. Comm.,* 121 Ohio St.3d 362, 2009-Ohio-604, 904 N.E.2d 853, at ¶ 2.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Janine L. Migden–Ostrander, Consumers' Counsel, and Jeffrey L. Small and Ann M. Hotz, Assistant Consumers' Counsel, for appellant Ohio Consumers' Counsel.

Colleen L. Mooney and David C. Rinebolt, for appellant Ohio Partners for Affordable Energy.

Richard Cordray, Attorney General, and Stephen A. Reilly and Werner L. Margard III, Assistant Attorneys General, for appellee Public Utilities Commission of Ohio.

Paul A. Colbert, Rocco D'Ascenzo, and Elizabeth A. McNellie, for intervening appellee Duke Energy of Ohio, Inc.